UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

KIM FLEMING

          Plaintiff,

V.                                    CIVIL ACTION NO
                                        1:11-cv-02574-BEL

LYONS, DOUGHTY & VELDHUIS, P.C.

Defendant.                               SEPTEMBER 28, 2011

### NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed without prejudice and without costs, subject to approval of the Court.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

APPROVED THIS 29th DAY OF September 2011

*Benson Everett Legg*

BENSON EVERETT LEGG, U.S.D.J.